|     |     |
| --- | --- |
| 1   | LAW OFFICES |
| 2   | **BROENING OBERG WOODS & WILSON** |
|     | PROFESSIONAL CORPORATION |
| 3   | 2800 NORTH CENTRAL AVENUE |
|     | SUITE 1600 |
| 4   | PHOENIX, ARIZONA 85004 |
|     | TELEPHONE: (602) 271-7700 |
| 5   | FACSIMILE: (602) 258-7785 |

Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
kel@bowwlaw.com
Krystal A. Flores/Bar No. 034911
E-mail: kaf@bowwlaw.com
dae@bowwlaw.com
Attorneys for Defendants NaphCare, Inc.,
and Grace Karanja-Adams

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
| --- | --- |
| Tomas Latham, | No. CV-23-02060-PHX-GMS (DMF) |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL WITHIN FIRM** |
| v. | |
| NaphCare, Inc, *et al.*, | |
| Defendants. | |

Defendants NaphCare, Inc. and Karanja Adams, by and through undersigned counsel, submit this Notice of Association of Counsel Within Firm. All pleadings, minute entries and notices should be directed to attorneys Sarah L. Barnes and Krystal A. Flores at the mailing address and emails listed above.

RESPECTFULLY SUBMITTED this 21st day of February, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ *Krystal A. Flores*
Sarah L. Barnes
Krystal A. Flores
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendants NaphCare, Inc. and Grace Karanja-Adams

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF system for filing and the attached document was served by first class mail to the plaintiff who is not a registered participant of the CM/ECF System:

> Tomas Latham #152032
> ASPC Eyman
> Cook Unit
> P.O. Box 3200
> Florence, AZ  85132
> *Plaintiff Pro Per*

/s/ *Debbie A. Egeland*

2